United States District Court
Southern District of Texas

**ENTERED**

November 01, 2016

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN SCOTT GRIFFIN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-15-186 |
| | § | |
| | § | |
| CAROLYN W. COLVIN, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMIN., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered on the same date

herewith, this action is **DISMISSED with prejudice**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this 31ᶜᵗ day of October, 2016.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE